UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SENTINEL STRUCTURES, INC.,

    Plaintiff,

v.                                                                              Case No. 12-CV-304

JORGENSON CONSTRUCTION, INC.,

    Defendant,

and

JORGENSON CONSTRUCTION, INC.,

    Third-Party Plaintiff,

v.

BERNERS SCHOBER ASSOCIATES, INC.,

    Third-Party Defendant.

## ORDER FOR RELEASE OF FUNDS HELD BY WISCONSIN DEPARTMENT OF ADMINISTRATION AND DISMISSAL OF CLAIMS BETWEEN PLAINTIFF SENTINEL STRUCTURES, INC., AND DEFENDANT JORGENSON CONSTRUCTION, INC.

    Based upon the foregoing stipulation of the parties and the definitions of the terms therein, the Court orders as follows:

    1.    The Wisconsin Department of Administration shall disburse the Retained Funds to the Parties as follows: within 30 days after the Wisconsin Department of Administration's receipt of this Order, the amount of $225,000 shall be disbursed to Sentinel, and the entire remaining portion of the Retained Funds shall be disbursed to Jorgenson.

QB\18876038.1

2.  All claims and counterclaims between Sentinel and Jorgenson shall be dismissed with prejudice.

3.  Nothing contained in this Order shall in any way affect the claims and defenses of Jorgenson and Third-Party Defendant Berners Schober Architects, Inc.

4.  Neither party shall be entitled to costs and disbursements.

BY THE COURT:

_____
~~HONORABLE STEPHEN L. CROCKER~~ William M. Conley
~~District Magistrate Judge~~ District Judge
Western District of Wisconsin